UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL PHAN,
    Plaintiff,

CASE NO.:   3:14-CV-00146-HES-PDB

vs.

GE CAPITAL RETAIL BANK,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, MICHAEL PHAN, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant, SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK, have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within approximately 30-60 days) upon the completion of certain obligations set forth in their agreement.

/s/ Max Story, Esquire
MAX STORY, ESQ.
Florida Bar:   0527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL   32250
Telephone: (904) 372-4109
max@storylawgroup.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2015, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Max Story, Esquire
**MAX STORY, ESQ.**
Florida Bar No. 527238